UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
:
TASHAY ROGERS,                     :
                                   :
            Plaintiff,             :
                                   :    Civil Action No. 15-3440-BRM-DEA
       v.                          :
                                   :
ALLIED OIL, LLC, *et al.*,         :
                                   :    **ORDER**
            Defendants.            :
_____:

**THIS MATTER** having been opened to the Court on the *sua sponte* Report and Recommendation of the Honorable Douglas E. Arpert, U.S.M.J., dated January 25, 2017 (ECF No. 24); the parties having been given the opportunity to respond or object to Magistrate Judge Arpert's Report and Recommendation by February 8, 2017; the parties having failed to respond or object to the Report and Recommendation as of that date; the Court having reviewed the Report and Recommendation; and it appearing the Court should adopt the Report and Recommendation without modification;

**IT IS** on this 7th day of March, 2017,

**ORDERED** that the Report and Recommendation (ECF No. 24) is hereby adopted and entered; and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that this case is **CLOSED**.

*/s/ Brian R. Martinotti*_____
**HON. BRIAN R. MARTINOTTI**
UNITED STATES DISTRICT JUDGE